KENNETH C. ABSALOM, State Bar No. 114607
JAMES J. ACHERMANN, State Bar No. 262514
LAW OFFICES OF KENNETH C. ABSALOM
275 Battery Street, Suite 200
San Francisco, CA 94111
Tel: 415.392.5040
Fax: 415.392.3729
Email: james.achermann@333law.com

MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
Email: mriechert@morganlewis.com

KATHRYN M. NAZARIAN, State Bar No. 259392
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
Email: knazarian@morganlewis.com

Attorneys for Defendants
BAYER HEALTHCARE LLC and BOB RUSSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| EDDIE L. HOOKER, JR., <br><br> Plaintiff, <br><br> vs. <br><br> BAYER HEALTHCARE LLC, a business whose form is unknown, BOB RUSSEY, an individual; and DOES 1 through 20, <br><br> Defendants. | Case No. C 11-03957 SBA <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING ADR DEADLINE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

CASE NO. C 11-03957 SBA
STIPULATION AND [PROPOSED] ORDER
MODIFYING ADR DEADLINE

DB2/ 22583263.1

Plaintiff Eddie L. Hooker, Jr. ("Plaintiff") and Defendants Bayer Healthcare LLC and Bob Russey (collectively, "Defendants"), the parties to the above-entitled action (collectively referred to herein as the "Parties"), submit this Stipulation to the Court:

**STIPULATION**

WHEREAS, on November 2, 2011, the Court issued an Order Selecting ADR Process in the above-entitled action ("Order");

WHEREAS, the Court's Order approved the stipulation between the Parties to participate in an Early Neutral Evaluation;

WHEREAS, according to the Court's Order, the deadline for the Parties to hold an Early Neutral Evaluation is 90 days from the date of the order, or January 31, 2012;

WHEREAS, the Parties currently have an Early Neutral Evaluation scheduled for January 25, 2012, but Defendants' representative with settlement authority who plans to attend the Early Neutral Evaluation can no longer attend on January 25, 2012 due to a death in her family;

WHEREAS, the Evaluator, Judith Droz Keyes, has no objection to the continuance of the Early Neutral Evaluation date;

WHEREAS, due to scheduling conflicts, the earliest date in which the Parties and the Evaluator have shared availability is February 22, 2012;

WHEREAS, the Parties and the Evaluator have set the Early Neutral Evaluation for February 22, 2012, pending the Court's approval of the extension of the deadline to participate in the Early Neutral Evaluation;

WHEREAS, the Parties have not previously requested any extensions of the deadlines set forth in the Court's Order; and

WHEREAS, for good cause and to promote settlement and avoid prejudice that would result to both Parties if the deadline to participate in an Early Neutral Evaluation is not revised, the Parties jointly request an extension of the deadline to participate in an Early Neutral Evaluation set forth in the Court's Order.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 22583263.1

1

CASE NO. C 11-03957 SBA
STIPULATION AND [PROPOSED] ORDER
MODIFYING ADR DEADLINE

NOW, THEREFORE, Plaintiff and Defendants, through their undersigned respective counsel, stipulate and request that the Court approve the following revised deadlines:

Last day for Parties to participate in an Early Neutral Evaluation:   2/29/2012

To avoid prejudice to both Parties, GOOD CAUSE exists to modify the deadline in this action as described herein.

Dated: January 20, 2012                        MORGAN, LEWIS & BOCKIUS LLP

By    /s/ *Kathryn M. Nazarian*
    Melinda S. Riechert
    Kathryn M. Nazarian
    Attorneys for Defendants
    BAYER HEALTHCARE LLC and BOB RUSSEY

Dated: January 20, 2012                        LAW OFFICES OF KENNETH C. ABSALOM

By    /s/ *Kenneth C. Absalom*
    Kenneth C. Absalom
    James J. Achermann
    Attorneys for Plaintiff
    EDDIE L. HOOKER Jr.

## **ORDER**

In light of the foregoing STIPULATION of the Parties and good cause appearing, the Court ORDERS the following revised deadline in this case:

Last day for Parties to participate in an Early Neutral Evaluation     2/29/2012

To avoid prejudice to both Parties, GOOD CAUSE exists to modify the deadline in this action as described herein.

Dated:  1/23/12

Hon. Saundra B. Armstrong
United States District Court Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 22583263.1

2

CASE NO. C 11-03957 SBA
STIPULATION AND [PROPOSED] ORDER
MODIFYING ADR DEADLINE